UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN JAMES BREWSTER,

        Petitioner,

v.                                                       Case No. 1:04-cv-699

                                                          Hon. Wendell A. Miles

THOMAS BIRKETT,

        Respondent.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      On January 3, 2008, Magistrate Judge Hugh W. Brenneman, Jr. filed a Report and Recommendation (docket # 30) recommending that Petitioner's petition for writ of habeas corpus be denied because he was not entitled to habeas relief on any of his claims. Petitioner was advised of his right to file objections to the Report and Recommendation. The time for filing objections to the Report and Recommendation under Federal Rule of Civil Procedure 72(b) has expired, and no objections have been filed. After review of the Report and Recommendation, the court adopts it as the opinion of this court.

      Accordingly, Petitioner's petition for writ of habeas corpus (docket # 1) DENIED.

So ordered this 25th day of January, 2008.

                                                              /s/ Wendell A. Miles
                                                              Wendell A. Miles
                                                              Senior U.S. District Judge